UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT A. TARULLO | : | |
| | : | |
| v. | : | 3:02-CV-644 (EBB) |
| | : | |
| UNITED STATES DEPARTMENT OF DEFENSE | : | |

NOTICE OF REFERRAL

This case is referred to Magistrate Judge Joan G. Margolis for the following purposes:

___ Trial of the matter, on consent of the Magistrate Judge and the parties hereto.

___ A ruling on all pretrial motions, including dispositive motions

___ To supervise all discovery/ third-party discovery and resolve discovery disputes        (orefmisc./dscv)

___ A ruling on the following motion, Doc. No. 36: Motion for leave to File an Amended Complaint.

___ A conference to discuss the following:

_X_ A Settlement Conference


SO ORDERED this _11_ day of May, 2004 at New Haven, Connecticut.

Ellen Bree Burns
Senior U.S. District Judge