IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

----------------------------------------------------------x
                                                          :
VINCENT J. TARULLO                                        :    3:02 CV 644 (EBB)
                                                          :
v.                                                        :
                                                          :
DEPARTMENT OF DEFENSE                                     :    DATE: JULY 19, 2004
                                                          :
----------------------------------------------------------x

MEMORANDUM OF SETTLEMENT CONFERENCE

Date of Conference:   July 19, 2004

Attorneys Present:    Samuel M. Rizzitelli, Jr., Esq.
                      (For Plaintiff)

                      Alan M. Soloway, Esq.
                      Paul Mitchell, Esq. (by telephone)
                      Josh Greenley, Esq. (by telephone)
                      (For Defendant)

DISCUSSIONS

Counsel agreed that, for settlement purposes only, it would be useful for the Magistrate Judge to conduct an in camera review of the documents that remain on defendant's privilege log. Counsel agreed to the deadlines set forth below.

ORDERS

1. By agreement of counsel, **on or before August 2, 2004**, defense counsel shall forward an explanatory cover letter to the Magistrate Judge and plaintiff's counsel, and shall forward to the Magistrate Judge only a copy of the privilege log and copies of the documents referenced therein. By further agreement of counsel, **on or before August 13, 2004**, plaintiff's counsel may forward a letter in response, and **on or before August 27, 2004**, defense counsel may forward a reply letter.

2. The Magistrate Judge is available for such other conferences (which may be held

telephonically) as may be necessary.

    Dated at New Haven, Connecticut, this 19th day of July, 2004.


                                              _____/s/_____
                                              Joan Glazer Margolis
                                              United States Magistrate Judge