UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT J. TARULLO, | : | |
| Plaintiff, | : | CIVIL NO.:3:02CV644 (EBB) |
| | : | |
| V. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF DEFENSE, | : | |
| | : | |
| Defendant. | : | May   , 2005 |

## MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS

Defendant, United States Department of Defense, by and through its attorneys, Kevin J. O'Oconnor, United States Attorney, and Alan Marc Soloway, AUSA, hereby seeks an extension of time up to and including May   , 2005 within which to file a dispositive motion, to wit, a motion for summary judgement, in this FOIA/Privacy Act case.

The original deadline for filing dispositive motions in this FOIA/Privacy Act case was November 9, 2002.

It was originally thought that this matter would settle. Subsequent to the filing of the action the Government, in good faith, made production of additional records and also has filed three different privilege logs. The Government has consistently communicated to the Plaintiff that it would continue its search for relevant records if the Plaintiff was aware of the location of such records. Plaintiff has not identified any such locations to Defendant in the spirit of cooperation.

ORAL ARGUMENT IS *NOT* REQUESTED

This is not a matter that will settle and has been conferenced on several occasions with Magistrate Judge Margolis who has not been able to bring the two sides to an amicable settlement that is to the satisfaction of each of the parties.

The trial of this FOIA/Privacy Act case will not further the interests of justice since the decisions involving the merits of the claim can adequately be resolved by deciding the merits of this motion for summary judgement rather than taking precious court time from an already overburdened court system.

This is the first such application filed on behalf of the Defendant.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    ALAN MARC SOLOWAY
    ASSISTANT U.S. ATTORNEY
    157 CHURCH STREET
    NEW HAVEN, CT.  06510
    (203) 821-3700 (203) 773-5373 (FAX)
    FEDERAL BAR # CT 01581
    alan.soloway@usdoj.gov

CERTIFICATION OF SERVICE

_____I hereby certifiy that on the ___ of May, 2005, I caused a copy of the enclosed to be sent by postage prepaid, first class mail to:

Samuel M. Rizzitelli, Jr., Esq.
26 Prindle Avenue
Derby, Ct. 06418

Paul Mitchell, Esq.
Senior Assistant General Counsel
Defense Contract Audit Agency
8725 John Jay Kingman Road
Suite 2135
Ft. Belvoir, VA. 22060-6219

_____
Alan Marc Soloway   _____