UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT J. TARULLO, | : | |
| | : | |
| Plaintiff, | : | CIVIL NO.:3:02CV644 (EBB) |
| | : | |
| V. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF DEFENSE, | : | |
| | : | |
| Defendant. | : | May    , 2005 |

## MOTION FOR SUMMARY JUDGEMENT

The Defendant, by and through its attorneys, Kevin J. O'Connor, United States Attorney, and Assistant United States Attorney, Alan Marc Soloway, hereby moves for summary judgement pursuant to Rule 56 of the Federal Rules of Civil Procedure.

A Memorandum in Support of the Motion for Summary Judgment is filed contemporaneously hereto as is a Local Rule 56(a)(1) Statement. A Declaration in support of is also filed contemporaneously hereto.

This is the first such motion for summary judgement filed on behalf of the Defendant.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
CHIEF, CIVIL DIVISION

ORAL ARGUMENT IS **NOT** REQUESTED

ALAN MARC SOLOWAY<br>
ASSISTANT U.S. ATTORNEY<br>
PO BOX 1824<br>
NEW HAVEN, CT 06508<br>
(203)821-3700 (203)773-5373 (Fax)<br>
FEDERAL BAR NO. ct01581<br>
alan.soloway@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing    was sent via postage prepaid first-class mail , this  day of May, 2005,  to:

Samuel M Rizzitelli, Jr., Esq.
26 Prindle Avenue
Derby, Connecticut 06418

Paul Mitchell, Esq.
Senior Assistant General Counsel
Defense Contract Audit Agency
8725 John Jay Kingman Road
Suite 2135
Ft. Belvoir, VA. 22060-6219

_____
Alan Marc Soloway