UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT J. TARULLO, | : | |
| | : | |
| Plaintiff, | : | CIVIL NO.:3:02CV644 (EBB) |
| | : | |
| V. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF DEFENSE, | : | |
| | : | |
| Defendant. | : | |

## RULE 56(a)(1) STATEMENT BY THE DEFENDANT IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT

1. Given the proximity in time between the September 13, 2001 letter by Plaintiff to Defendant and the September 22, 2001 letter by Attorney Rizzitelli, concerning the same subject matter, DCAA's initial response was appropriate under the circumstances. Hernandez Declaration, ¶ 2-4.

2. The searches undertaken by DCAA in April and May 2002, were appropriate given the changed circumstances. Hernandez Declaration, ¶ 6.

3. The searches undertaken by DCAA in April and May 2002 were undertaken in good faith. Hernandez Declaration, ¶ 6.

4. The proposed notice of disciplinary action dated June 21, 2001, had already been provided to Plaintiff by the time the underlying lawsuit had been filed. Hernandez Declaration, ¶ 7(b).

5. All relevant documents related to both the FOIA/Privacy Act request have either been provided or have been properly withheld under the protections afforded by a privilege log. Hernandez Declaration, ¶ 7(c).

6. All logical locations concerning the existence of relevant documents have been searched. <u>Hernandez Declaration</u>, ¶ 7(f).

7. Plaintiff has not identified additional locations to reasonably search for documents beyond those that have already been searched.

> Respectfully submitted,
>
> KEVIN J. O'CONNOR
> UNITED STATES ATTORNEY
>
> JOHN B. HUGHES
> ASSISTANT U.S. ATTORNEY
> CHIEF, CIVIL DIVISION
>
>
> ALAN MARC SOLOWAY
> ASSISTANT U.S. ATTORNEY
> PO BOX 1824
> NEW HAVEN, CT 06508
> (203)821-3700 (203)773-5373 (Fax)
> FEDERAL BAR NO. ct01581
> alan.soloway@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Statement was sent via postage prepaid first-class mail, this ___ day of May, 2005, to:

Samuel M Rizzitelli, Jr., Esq.
26 Prindle Avenue
Derby, Connecticut 06418

Paul Mitchell, Esq.
Senior Assistant General Counsel
Defense Contract Audit Agency
8725 John Jay Kingman Road
Suite 2135
Ft. Belvoir, VA. 22060-6219

_____
Alan Marc Soloway