UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VINCENT J. TARULLO
          PLAINTIFF,          CIVIL DOCKET # : 3:02CV644 (EEB)

V.

UNITED STATES DEPARTMENT OF
DEFENSE,
          DEFENDANT.          JUNE 17, 2005

LOCAL RULE 56(a)2 STATEMENT

Pursuant to Local Rule of Civil Procedure 56(a)2, the Plaintiff submits the following answers to the Defendant's Statement of Material Facts Not in Dispute filed on April 30, 2001:

1. The facts set forth in paragraph one of the Defendant's Statement of Material Facts Not in Dispute are denied.

2. The facts set forth in paragraph two of the Defendant's Statement of Material Facts Not in Dispute are denied.

3. The facts set forth in paragraph three of the Defendant's Statement of Material Facts Not in Dispute are denied.

4. The fact set forth in paragraph four of the Defendant's Statement of Material Facts Not in Dispute is admitted.

5. The facts set forth in paragraph five of the Defendant's Statement of Material Facts Not in Dispute are denied.

6. The facts set forth in paragraph six of the Defendant's Statement of Material Facts Not in Dispute are denied.

7. The facts set forth in paragraph seven of the Defendant's Statement of Material Facts Not in Dispute are denied.

Pursuant to Local Rule of Civil Procedure 9(c)2, the Plaintiff submits the following statement of material facts that are in dispute:

1. The defendant did not produce all documents and records that were requested. *Declaration of Vincent J. Tarullo, paragraphs 6 through 11.*

2. The defendant did not conduct a reasonable search. *See Declaration of Steven Hernandez.*

3. The defendant did not properly withhold 55 identified documents. *See Declaration of Steven Hernandez.*

4. Whether the withheld documents contain reasonably segregable parts.

THE PLAINTIFF,

by: _____
Samuel M. Rizzitelli, Jr.
Attorney at Law
26 Prindle Avenue
Derby, CT. 06418
(203) 736-9800
Federal Bar #: CT20079

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been sent, via the mode indicated, this 17th day of June, 2005, to the following:

Alan Marc Soloway       U.S. Mail, Postage Prepaid / Facsimile
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT. 06508
(203) 821-3700
(203) 773-5373
Federal Bar No. CT01581

 

THE PLAINTIFF,

by: _____
Samuel M. Rizzitelli, Jr.
Attorney at Law
26 Prindle Avenue
Derby, CT. 06418
(203) 736-9800
Federal Bar #: CT20079