**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

VINCENT J. TARULLO

    v.　　　　　　　　　　　　　　　　　　　　Civil No.  3:02 cv 644 (EBB)

UNITED STATES DEPARTMENT
OF DEFENSE

**JUDGMENT**

    This matter came on for consideration on the defendant's motion for summary judgment before the Honorable Ellen Bree Burns, Senior United States District Judge.

    The Court has reviewed all of the papers filed in conjunction with the motion and on June 21, 2006, entered a Ruling on Defendant's Motion for Summary Judgment granting in part and denying in part the relief.

    It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendant and the case is closed.

    Dated at New Haven, Connecticut, this 22nd day of June, 2006.

                                            KEVIN F. ROWE, CLERK
                                            By

                                            /s/

                                            Patricia A. Villano
                                            Deputy Clerk

EOD: _____