UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT J. TARULLO | : | CIVIL DOCKET #3:02CV644 (EBB) |
|     Plaintiff, | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF DEFENSE, | : | July 5, 2006 |
|     Defendant. | : | |

## MOTION FOR ATTORNEY'S FEES

The Plaintiff, having substantially prevailed in this case by receiving, under court order, additional documents responsive to the original Privacy Act/Freedom of Information Act request, respectfully moves, pursuant to Rule 9(f) of the Local Rules of Civil Procedure, that the Plaintiff be awarded attorney's fees in the total amount of 14,375.00 and 163.56 in costs.

In support of this application, the Plaintiff submits herewith a Memorandum of Law and the Affidavit of its Attorneys fees with attached time records.

THE PLAINTIFF,

by: _____
Samuel M. Rizzitelli, Jr.
Attorney at Law
26 Prindle Avenue
Derby, CT. 06418
(203) 736-9800
Federal Bar #: CT20079

1

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, this 5th day of July, 2006 to:

>Alan Soloway, Assistant U.S. Attorney
>157 Church Street
>P.O. Box 1824
>New Haven Connecticut 06510

Respectfully Submitted,

_/s/ Samuel M. Rizzitelli_
Samuel M. Rizzitelli, Jr.