UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT J. TARULLO | : | CIVIL DOCKET #3:02CV644 (EBB) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF DEFENSE, | : | July 5, 2006 |
| Defendant. | : | |

AFFIDAVIT OF SAMUEL M. RIZZITELLI, JR. IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

I, Samuel M. Rizzitelli, Jr. of Derby, Connecticut make the following statement under oath or affirmation.

1. I am the Plaintiff's attorney in this matter;

2. The representations of fact made in Plaintiff's Motion for attorney's fees are true and accurate to the best of my recollection;

3. The exhibits attached to Plaintiff's Motion for attorney's fees are true and accurate copies;

4. I have spent 57.5 hours for representation of this matter at my hourly rate of $250.00/hour;

5. I spent 150.00 for filing fees and 13.56 for service of process fees;

6. On or about February 6, 2003, I recieved 105 documents from defendant that were responsive to plaintiff's original PA/FOIA request;

7. On or about August 3, 2004, I recieved 17 documents from defendant that were responsive to plaintiff's original PA/FOIA request;

8. On or about September 22, 2004, I recieved 10 documents from defendant that were responsive to plaintiff's original PA/FOIA request;

9. On or about July 1, 2006, I received 6 documents from defendant that were responsive to plaintiff's original PA/FOIA request.

END OF STATEMENT

I have read the above statement, consisting of 1 page, and it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties.

Subscribed and sworn before me:

at: Derby, Connecticut

_____
Affiant's Signature

on this 4th day of July 2006

_____
Commissioner of the Superior Court / Notary Public

MARC J. GAROFALO
NOTARY PUBLIC
MY COMMISSION EXPIRES JANUARY 31, 2008