UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT J. TARULLO | : | CIVIL DOCKET #3:02CV644 (EBB) |
|     Plaintiff, | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF DEFENSE, | : | August 4, 2006 |
| | : | |
|     Defendant. | : | |

### RESPONSE TO DEFENDANT'S REPLY TO MOTION FOR ATTORNEY'S FEES

    The Plaintiff inadvertently left the attached attorney time sheet from the motion for attorney's fees and hereby supplements the record accordingly.

 

THE PLAINTIFF,

by: _____
Samuel M. Rizzitelli, Jr.
Attorney at Law
26 Prindle Avenue
Derby, CT. 06418
(203) 736-9800
Federal Bar #: CT20079

1

CERTIFICATION OF SERVICE

    I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, this 4th day of August, 2006 to:

        Alan Soloway, Assistant U.S. Attorney
        157 Church Street
        P.O. Box 1824
        New Haven Connecticut 06510

Respectfully Submitted,

Samuel M. Rizzitelli, Jr.